# United States Court of Appeals
## For the First Circuit

No. 18-2133

UNITED STATES OF AMERICA,

Appellee,

v.

JOMAR HERNÁNDEZ-ROMÁN,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court, issued on December 1, 2020, is amended as follows:

On page 12, lines 16 - 18, delete the entire sentence and citation and replace with "We acknowledge, as the defendant posits, that the residual clause of section 924(c) is unconstitutionally vague.  See United States v. Davis, 139 S. Ct. 2319, 2336 (2019); see also Johnson, 576 U.S. 596-97."